SIGNED.

Dated: August 7, 2012

*James M. Marlar*

**James M. Marlar, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| LUKE CUSACK, | No. 4:11-bk-32452-JMM |
| Debtor. | **MEMORANDUM DECSION** |

Upon proceedings held in open court on August 6, 2012,

THE COURT FINDS that the real property located at 5021 W. Crestview Drive was a rental property, owned by the Debtor, as of the date of the filing of the bankruptcy petition;

THE COURT FURTHER FINDS, upon the stipulation of the parties, that the real property's fair market value is $650,000; and

THE COURT FURTHER FINDS and CONCLUDES that the Debtor's Chapter 11 reorganization plan may be confirmed (ECF No. 101). Counsel for the Debtor is to file an appropriate order to that effect.

DATED AND SIGNED ABOVE.

To be NOTICED by the BNC ("Bankruptcy Noticing Center") to:

Eric Slocum Sparks, Attorney for Debtor
Leonard McDonald, Attorney for Bank of America, N.A.
Jill H. Perrella, Attorney for Bank of America, N.A.
Office of the U.S. Trustee